IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| VALENTINO GRAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-1355 |
| | ) |
| DIVISION OF REHABILITATION SERVICES | ) |
| OF THE DEPARTMENT OF HUMAN | ) |
| SERVICES OF THE STATE OF ILLINOIS; et al. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

NOW COME Defendants, Department of Human Services (DHS), Robert O'Brien, and Janet Wilson, by and through their attorney Lisa Madigan, Attorney General for the State of Illinois, and Plaintiff, Valentino Graham, by and through his attorney, Richard L. Steagall, and for their Stipulation of Dismissal state as follows:

The Parties hereby stipulate that this action shall be dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

| | |
|---|---|
| VALENTINO GRAHAM | DIVISION OF REHABILITATION SERVICES OF THE DEPARTMENT OF HUMAN SERVICES OF THE STATE OF ILLINOIS and ROBERT O'BRIEN, |
| Plaintiff, | |
| NICOARA & STEAGALL | Defendants, |
| Attorneys for Plaintiff, | LISA MADIGAN, Attorney General State of Illinois |
| By  s/Richard L. Steagall (w/ consent) | |
|     RICHARD L. STEAGALL | Attorney for Defendants. |
|     Attorney for Plaintiff | |
|     Nicoara & Steagall | By:   s/Thomas H. Klein |
|     Commerce Bank Building |     THOMAS H. KLEIN, #6271653 |
|     416 Main Street, Suite 815 |     Assistant Attorney General |
|     Peoria, IL 61602 |     500 South Second Street |
|     Tel: (309) 674-6085 |     Springfield, IL 62706 |
|     Fax: (309) 674-6032 |     Telephone: 217-782-9014 |
| |     Facsimile: 217-524-5091 |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2007, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Steagall
Nicoara & Steagall
Commerce Bank Building
416 Main Street, Suite 815
Peoria, IL 61602
nicsteag@mtco.com

and I hereby certify that on May 14, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                Respectfully submitted,

                s/ Thomas H. Klein
                Thomas H. Klein, #6271653
                Assistant Attorney General
                500 South Second Street
                Springfield, IL  62706
                Telephone:  217-782-9014
                Facsimile:  217-524-5091
                tklein@atg.state.il.us